IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ZETA GLOBAL HOLDINGS CORP. and | ) |
| APPTNESS MEDIA GROUP, LLC., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:22-CV-2442-C-BK |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the above-styled and -numbered civil action should be DISMISSED without prejudice for failure to prosecute. Plaintiff failed to file any timely objections.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** and all pending motions are **DENIED**.

SO ORDERED.

Dated this 23rd day of May, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE